# United States Bankruptcy Court
## District of Colorado

In re  **Matt Garton And Associates, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Matt Garton And Associates, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 16, 2019**  
Date

**/s/ David M. Rich**  
**David M. Rich 15211**  
Signature of Attorney or Litigant  
Counsel for  **Matt Garton And Associates, LLC**  
**Buechler Law Office, L.L.C.**  
**999 18th Street, Suite 1230 S**  
**Denver, CO 80202**  
**720-381-0045 Fax:720-381-0382**  
**Dave@kjblawoffice.com**